IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0639
 ((((((((((((((((

 Bertie Carlyn Potter, Jr.

 v.

 GMP, L.L.C.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed supplemental motion to abate proceedings, being
 treated as a motion to extend abatement, filed September 29,
 2004, is granted.

 2. This case will remain removed from the Court's active docket
 until November 1, 2004, at which time the case will be
 reinstated on the Court's active docket, absent a showing of
 extraordinary circumstances.

 Done at the City of Austin, this 1st day of October, 2004.

 .
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk